Tab 5



## FACSIMILE TRANSMITTAL SHEET

| TO: | JUAN | FROM: | REY JOHNSON |
|---|---|---|---|
| COMPANY: | SOUTH TEXAS NEON SIGNS | DATE: | November 4, 2008 |
| FAX #: | 956-723-9604 | TOTAL NO. OF PAGES INCLUDING COVER: | 4 |
| PHONE #: | 956-723-4665 | | |
| RE: | | | |

☐ URGENT ☐ FOR REVIEW ☐ PLEASE REPLY ☐ AS REQUESTED ☐ PLEASE QUOTE

THE ATTACHED INVOICES ARE NOW PAST DUE. PLEASE CONTACT ME WHEN PAYMENT WILL BE MADE IF YOU HAVE ANY QUESTIONS PLEASE FELL FREE TO CONTACT OUR OFFICE

THANK YOU,

REY JOHNSON

1817 CORPUS CHRISTI ST.
P.O. BOX 4004/1
LAREDO, TEXAS 78043
TEL (956) 712 - 4200     FAX (956) 723 - 6638



**A.M.P. Electric Company**
PO Box 430471 · Laredo, TX 78043-0471
(956) 712-4200 Tel  (956) 723-6638 Fax

# Invoice

July 31, 2008
Summary: ESTIMATE
Invoice #: 1555-19080
Tech: AMP
Due Date: 8/30/2008

Job Date: 7/21/2008

**Bill To:**
South Texas Neon Signs
Attn: Accounts Payable
1500 Mid Cities Dr.
Pharr, TX 78577
956-782-9001 TEL    956-782-9611 FAX

**Job Site:**
Mall Del Norte
5300 San Dario Ave
Relax Station
Laredo, TX 78041
Job Tel  956-728-4865

### Description of Services and Work Rendered:

Furnished labor and materials for:

Work Performed:

- Installed 70ft of Mc/cable from panel box to front of store to connect neon sign
- Installed three section sign in front of store under fur-down.
- As per approved proposal for $900.15

---

All work was completed in a professional manner according to standard practices. Purchaser agrees to pay all costs of collection, including attorney's fees.

Please remit Payment to: A.M.P. Electric Co.
    PO Box 430471
    Laredo, TX 78043-0471

**THANK YOU FOR YOUR BUSINESS. Please Remit Payment to our PO Box.**



A.M.P. Electric Company
PO Box 430471 – Laredo, TX 78043-0471
(956) 712-4200 Tel  (956) 723 6638 Fax

# Invoice

July 31, 2008
Summary:       ESTIMATE
Invoice #:     1555-19192
Tech:          RAUL S.
Due Date:      8/30/2008

Job Date:      7/22/2008

**Bill To:**
South Texas Neon Signs
Attn: Accounts Payable
1500 Mid Cities Dr.
Pharr, TX 78577
956 782 9601 TEL        956-782-9811 FAX

**Job Site:**
Fred Ioya
target plaza
1500 Mid Cities Dr.
Pharr, TX 78577
Job Tel  956-782-9601 TEL

---
### Description of Services and Work Rendered:

Furnished labor, materials, and equipment for.

Work Performed:

- Provided one circuit from panel box to front of store to connect neon sign.
- Installed two section sign in front of store
- As per approved proposal $900.16

---

All work was completed in a professional manner according to standard practices. Purchaser agrees to pay all costs of collection, including attorney's fees.

Please remit Payment to: A.M.P. Electric Co.
                         PO Box 430471
                         Laredo, TX 78043-0471

**THANK YOU FOR YOUR BUSINESS. Please Remit Payment to our PO Box.**

*Ricardo*



# Invoice

A.M.P. Electric Company  
PO Box 430471 • Laredo, TX 78043-0471  
(956) 712-4200 Tel  (866) 723-6638 Fax

August 26, 2008  
Summary: ESTIMATE  
Invoice #: 1555-19220  
Tech: RAUL S.  
Due Date: 9/25/2008

Job Date: 8/1/2008

**Bill To:**  
South Texas Neon Signs  
Attn: Accounts Payable  
1500 Mid Cities Dr.  
Pharr, TX 78577  
956-782-9601 TEL    956-782-9611 FAX

**Job Site:**  
Palenque Grill  
7220 Bob Bullock Loop  
Laredo, TX 78041

Job Tel  956-782-9601 TEL

### Description of Services and Work Rendered:

- 7/14/08 - Had to troubleshoot sign that is located over main entrance facing north, checked transformer light was reading ground fault pushed the reset button and neon light turned on. Timer was eliminated, so neon sign is always on.
- 7/17/08 - Replaced transformer 120V 15000W for neon sign and left working power is obtained by panel M. Ballast was provided by South Texas Neon.
- 8/1/08 - Sign had two damaged sections and also had to re-wire O two wire from sign to transformer.

| Material | Labor | Other | Subtotal | Tax | Total |
|---|---|---|---|---|---|
| 12.67 | 419.88 | 68.00 | 500.55 | 41.30 | |

All work was completed in a professional manner according to standard practices. Purchaser agrees to pay all costs of collection, including attorney's fees.

Please remit Payment to: A.M.P. Electric Co.  
PO Box 430471  
Laredo, TX 78043-0471

**THANK YOU FOR YOUR BUSINESS. Please Remit Payment to our PO Box.**